UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
501 "I" STREET
SACRAMENTO, CA  95814

**Nick Massey**

    v.

**Law Office of Paul J. Coleman and Associates, P.C.**

_____

**DEFAULT JUDGMENT**

Case No. CIV S-2:09-cv-300 LKK KJM

    **IT IS ORDERED AND ADJUDGED** default judgment is hereby ENTERED against defendant:

    **Law Office of Paul J. Coleman and Associates, P.C.**

July 1, 2009

    VICTORIA C. MINOR, CLERK

    By: Jeremy J. Donati
    Jeremy J. Donati, Deputy Clerk